**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**V.S.**                                         **CRIMINAL ACTION NUMBER: 3:10-CR-51-CRS**

**ROBERT POSEY**                                                                              **DEFENDANT**

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE**

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Mr. Rob Eggert, retained counsel, appeared before me on November 14, 2012, and entered a plea of guilty as to Count 1 of the Second Superseding Indictment pursuant to a Rule 11(c)(1)(C) plea agreement. A supplemental plea agreement was also filed **under seal**. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Second Superseding Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant is **remanded** to the custody of the United States Marshal pending sentencing before the District Court.

Official Court Reporter: Alan Wernecke

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

0 | 30