UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                   PLAINTIFF

VS.                                        CRIMINAL ACTION NO.  3:10CR-51-CRS

ROBERT POSEY - 3                                          DEFENDANT

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 1 of the Second Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is set on **MARCH 12, 2013 at 10:00 a.m**. before the undersigned.

December 7, 2012

Charles R. Simpson III, Judge
United States District Court

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant