UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO.   3:10CR-51-CRS |
| ROBERT POSEY - 3 | DEFENDANT |

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 1 of the Second Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is set on **MARCH 12, 2013 at 10:00 a.m**. before the undersigned.

December 7, 2012

Charles R. Simpson III, Judge
United States District Court

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant